UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:10 CR 117 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| DONALD J. SEE, | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| Defendant | ) | REFERRAL TO U. S. PROBATION |
| | ) | <u>OFFICE</u> |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Greg White, regarding the change of plea hearing of Donald J. See, which was referred to the Magistrate Judge with the consent of the parties.

On March 16, 2010, the government filed a one-count Indictment, charging Defendant Donald J. See, with Felon in Possession of Firearm, in violation of Title 18 United States Code, Section 922(g)(1). Defendant See was arraigned on February 29, 2012, and entered a plea of not guilty to Count 1, before Magistrate Judge Kenneth S. McHargh. On April 26, 2012, Magistrate Judge Greg White, received Defendant See's plea of guilty to Count 1of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant See is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant See is adjudged guilty to Count 1 of the Indictment, in violation of Title 18 United States Code, Section 922(g)(1), Felon in Possession of Firearm. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on July 27, 2012, at 10:30 a.m., in Courtroom 19-A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

May 31, 2012